UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------

|  |  |  |
|---|---|---|
| SANDRA REYES, | : | CASE NO. 1:17-cv-943 |
| ex rel., J.R., a minor, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | OPINION AND ORDER |
| | : | [Resolving Doc. 1] |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 4, 2017, Plaintiff Sandra Reyes filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's denial of her minor son's application for supplemental security income benefits.[1] The Court referred the matter to Magistrate Judge David A. Ruiz.

On June 11, 2018, Magistrate Judge Ruiz issued a Report and Recommendation ("R&R") recommending that this Court reverse and remand the Commissioner's final decision.[2] Objections to that R&R were due by June 25, 2018. The Commissioner stated it will not file objections.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[4] Failure to timely object waives a party's right to appeal the magistrate's report.[5] Where a party does not object to the R&R, a district court may adopt it without review.[6]

---

[1] Doc. 1.
[2] Doc. 15.
[3] Doc. 16.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149–50.

Case No. 1:17-cv-943
Gwin, J.

Accordingly, in light of the Commissioner's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, incorporates it as if fully restated herein, and **REVERSES AND REMANDS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: June 27, 2018          *s/     James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE